## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:19-cv-02624-JAR-KGG |
| ) | |
| HEARTLAND BUILDERS, LLC, a Kansas ) | |
| limited liability company, JACK REDMAN III, ) | |
| and KARIE REDMAN ) | |
| ) | |
| Defendants. ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COMES Plaintiff, Nautilus Insurance Company ("Nautilus"), and Defendants, Heartland Builders, LLC ("Heartland"), Jack Redman III, and Karie Redman (collectively, the "Redmans"), by and through their undersigned counsel of record, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, file this Stipulation of Dismissal with Prejudice as follows:

1. Nautilus, Heartland, and the Redmans have reached a Settlement Agreement and Release of all claims arising out of or related to this coverage action and the underlying arbitration.

2. Having resolved all of the parties' claims that are the subject of this action, the parties hereby stipulate and agree to dismiss this matter with prejudice, and with each party to bear their own costs.

Dated: June 24, 2021                                  Respectfully submitted,

/s/ *Jean-Paul Assouad*
Jean-Paul Assouad          KS #20692
Destiny L. Bounds          KS #27261
KUTAK ROCK LLP
2300 Main Street, Suite 800
Kansas City, MO  64108
(816) 960-0090 (Telephone)
(816) 960-0041 (Facsimile)
Jean-Paul.Assouad@KutakRock.com
Destiny.Bounds@KutakRock.com

and

Dana A. Rice  (*Pro Hac Vice)*
TRAUB LIEBERMAN STAUS &
SHREWSBERRY LLP
303 W. Madison, Suite 1200
Chicago, IL 60606
(312) 332-3900 (Telephone)
(312) 332-3908 (Facsimile)
drice@tlsslaw.com
ATTORNEYS FOR PLAINTIFF

Dated: June 24, 2021                Respectfully Submitted,

TRIPLETT WOOLF GARRETSON, LLC

 /s/Derek S. Casey
Derek S. Casey, #15125
dscasey@twgfirm.com
Kacey S. Mayes, #28224
ksmayes@twgfirm.com
2959 North Rock Road, Suite 300
Wichita, Kansas 67226-5100
(316) 630-8100
(316) 630-8101 (facsimile)

Attorneys for Heartland Builders, LLC


*s/ Kyle J. Steadman*
Kyle J. Steadman, KS #17205
Alexandra N.C. Rose, KS #27247
FOULSTON SIEFKIN LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, KS  67206-4466
Phone: 316.267.6371
Fax:    316.267.6345
E-mail: ksteadman@foulston.com
             nrose@foulston.com
ATTORNEYS  FOR  DEFENDANTS  JACK
REDMAN III and KARIE REDMAN

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on June 24, 2021, a true and correct copy of the above and foregoing *Stipulation of Dismissal with Prejudice* was filed with the Clerk of the Court for the District Court of Kansas by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

               */s/ Jean-Paul Assouad*
               Attorney for Plaintiff